Name & Address

William Derek Grashy
4330 Bella Madeira Lane
San Jose, CA 95127

**FILED**

OCT 30 2018

CLERK SUSAN Y. SOONG
NORTHERN U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

William Derek Grashy Plaintiff,

vs.

San Juan Unified School District Defendant(s).

)
)
)
)
)
)
)
)
)
)
)

EEOC charge No.
555-2018-00808

CASE NO. **CV 18 6616**

EMPLOYMENT DISCRIMINATION
COMPLAINT

NC

1.  Plaintiff resides at:

    Address ___4330 Bella Madeira Lane___

    City, State & Zip Code ___San Jose, CA 95127___

    Phone ___(408) 230-7020   or 408 274-3896___

2.  Defendant is located at:

    Address ___3738 Walnut Ave___

    City, State & Zip Code ___Carmichael, CA 95608___

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-
    ment discrimination.  Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.
    Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.  The acts complained of in this suit concern:

    a. __ Failure to employ me.

    b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                        - 1 -

c. Failure to promote me.

d. _X_ Other acts as specified below.    applied for Director of Equity + ~~Innovation~~ student Achievement

_Failure to interview me based on age_
_In education, you must be 55 years old to_
_retire. Asking on the job application if I am_
_retired is Tantamount to asking me am I over_
_55 years old yes or no. This is age discrimination_

5. Defendant's conduct is discriminatory with respect to the following:

a. __ My race or color.

b. __ My religion.

c. __ My sex.

d. __ My national origin.

e. _✔_ Other as specified below.

_____ _age_ _____

6. The basic facts surrounding my claim of discrimination are:

_On my job application, there was a_
_question asking if I was retired. I_
_answered "yes." I was not contacted_
_for an interview. I strongly believe I was_
_not interviewed because I answered "yes" to the_
_retirement question. I believe no one who answered_
_yes was interviewed and asking that question is age discrimination,_
_inappropriate + unlawful._

7. The alleged discrimination occurred on or about ____ _Nov 2017_ ____.

(DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the

California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                - 2 -

discriminatory conduct on or about _____ March 27, 2018 _____

(DATE)

9.      The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about _____ 8/10/18 _____.

(DATE)

10.     Plaintiff hereby demands a jury for all claims for which a jury is permitted: .

        Yes _____     No ✓

11.     WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: _____ 10/18/18 _____        _____ William Derek Grasty _____

                                        SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION                _____ William Derek Grasty _____

IS NOT REQUIRED.)                         PLAINTIFF'S NAME

                                          (Printed or Typed)

Form-Intake 2 (Rev. 4/13)              - 3 -