1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM DEREK GRASTY,                    No. 2:18-cv-03242-KJM-KJN

12                    Plaintiff,

13        v.                                  **ORDER**

14   SAN JUAN UNIFIED SCHOOL
     DISTRICT,
15
                     Defendant.
16

17

18          Each of the parties in the above-captioned case filed a "Consent to Proceed Before a

19   United States Magistrate Judge."  *See* 28 U.S.C. §636(a)(5) and (c); Pl.'s Consent, ECF No. 16;

20   Defs.' Consent, ECF No. 20.  According to E.D. Cal. R. 305, both the district court judge

21   assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

22          The undersigned has reviewed the file herein and recommends that the above-captioned

23   case be reassigned and referred to the magistrate judge for all further proceedings and entry of

24   final judgment.

25          IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable

26   Kendall J. Newman.  The parties shall please take note that all documents hereafter filed with the

27   Clerk of the Court shall bear case 2:18-cv-03242-KJN.

28   ////

                                                1

1    IT IS SO ORDERED.

2  DATED:  May 16, 2019.

3

4                                                  _____
                                                   UNITED STATES DISTRICT JUDGE
5

6

7        Having also reviewed the file, I accept reference of this case for all further proceedings

8  and entry of final judgment.

9  Dated:  May 20, 2019

10

11                                                 _____
                                                   KENDALL J. NEWMAN
12                                                 UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28