| | |
|---|---|
| 1 | **SPINELLI, DONALD & NOTT** |
| | A Professional Corporation |
| 2 | DOMENIC D. SPINELLI, SBN: 131192 |
| | RYAN I. ICHINAGA, SBN: 321185 |
| 3 | 601 University Avenue, Suite 225 |
| | Sacramento, CA 95825 |
| 4 | Telephone: (916) 448-7888 |
| | Facsimile: (916) 448-6888 |
| 5 | |
| | Attorneys for Defendant |
| 6 | SAN JUAN UNIFIED SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DEREK GRASTY, | Case No.: 2:18-cv-3242-KJM-KJN |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO CONTINUE SAN JUAN UNIFIED SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| vs. | |
| SAN JUAN UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |
| | Complaint filed: 12/12/2018 |

<u>STIPULATION</u>

1. On November 20, 2019, Defendant SAN JUAN UNIFIED SCHOOL DISTRICT filed a Motion for Summary Judgment. The hearing date for the Motion was set for January 9, 2020.

2. On November 26, 2019, Plaintiff WILLAIM GRASTY filed a Motion for Leave to File Amended Complaint. The hearing on this motion was January 16, 2020.

3. The parties have agreed to continue both hearings to January 23, 2020.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between all parties through their respective counsel of record that:

    A. The hearing date on Defendant's pending Motion be moved to January 23, 2020.

    B. The hearing date on Plaintiff's pending Motion be moved to January 23, 2020.

C. The dates for an opposition and reply to the Motions shall be changed in accordance with local rule 230(c) and (d) from the date of the continued hearing.

**IT IS SO STIPULATED**.

DATED: December 6, 2019     **PLAINTIFF IN PRO PER**

By: _/s/ William Grasty_
William Grasty
Plaintiff

DATED: December 6, 2019     **SPINELLI, DONALD & NOTT**

By: _/s/ Domenic D. Spinelli_
Domenic D. Spinelli, Esq.
Attorneys for Defendant

### ORDER

Based on the stipulation of the parties, and for good cause shown, the request to continue the hearing date on Defendant's pending Motion for Summary Judgment and Plaintiff's Motion for Leave to File Amended Complaint is GRANTED, and the hearing is continued to January 23, 2020, at 10:00 a.m., in Courtroom 25 of this Court. Any opposition and reply to the motions are due in accordance with Local Rule 230.

Dated: December 11, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gras.3242

SPINELLI, DONALD & NOTT

2
STIPULATION AND ORDER TO CONTINUE HEARING DATES